IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BRYAN RAFAEL RODRIGUEZ IZAGUIRRE,

          Plaintiff,

vs.

CRST THE TRANSPORTATION SOLUTION, INC.,

          Defendant.

8:24-CV-73

ORDER

    The plaintiff moves to alter or amend the Court's judgment dismissing his claim as time-barred, arguing that Title VII's charge-filing requirement is not jurisdictional. Filing 16 (citing *Fort Bend Cnty., Texas v. Davis*, 139 S. Ct. 1843 (2019)). But "a rule may be mandatory without being jurisdictional, and Title VII's charge-filing requirement fits that bill." *Fort Bend Cnty.,* 139 S. Ct. at 1852.

    Title VII's charge-filing requirement is a mandatory claim-processing rule, which means the Court "must enforce the rule if a party properly raises it." *Id.* at 1849, 1851 (quotation omitted). And the defendant here properly raised it. *See* filing 6. Accordingly,

    IT IS ORDERED that the plaintiff's motion to alter or amend the judgment (filing 16) is denied.

    Dated this 23rd day of April, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge